UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY M. WALKER,

    Petitioner,

v.    CASE NO. 6:02-cv-1365-Orl-19DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motions:

1. Petitioner's Motion to Vacate Judgment (Doc. No. 28, filed March 26, 2009) is **DENIED**. This case was dismissed with prejudice on May 6, 2003, and Petitioner has failed to demonstrate any basis for vacating the order of dismissal or the judgment entered with regard thereto.

2. Petitioner's Motion for Leave to Amend (Doc. No. 29, filed March 26, 2009) is **DENIED** as moot in light of paragraph one above.

3. Petitioner's Motion for Leave to File Excess Pages (Doc. No. 30, filed March 27, 2009) is **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Orlando, Florida this __30th__ day of March, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 3/30
Counsel of Record
Anthony M. Walker